```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13003
    JUAN MOORE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-8759


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/20/2007 and was not confirmed.

     The case was dismissed without confirmation 11/21/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
LOVE BROWN                 NOTICE ONLY     NOT FILED              .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED              .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED              .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED              .00            .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED              .00            .00
NCO MEDCLR                 UNSECURED       NOT FILED              .00            .00
NCO MEDCLR                 UNSECURED       NOT FILED              .00            .00
NCO MEDCLR                 UNSECURED       NOT FILED              .00            .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED              .00            .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED              .00            .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED              .00            .00
PORTFOLIO RC               UNSECURED          799.19              .00            .00
PROFESSION ACCOUNT MANAG   UNSECURED       NOT FILED              .00            .00
UNION AUTO SALES           UNSECURED       NOT FILED              .00            .00
WALTER A SMITH             UNSECURED       NOT FILED              .00            .00
WALTER KIMMISS             UNSECURED       NOT FILED              .00            .00
TIFFANY MALCOLM            NOTICE ONLY     NOT FILED              .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          182.39              .00            .00
UNION AUTO                 SECURED NOT I        .00               .00            .00
IL DEPT OF HEALTHCARE &    DSO ARREARS     NOT FILED              .00            .00
LOVE BROWN                 NOTICE ONLY     NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,484.00                            .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13003 JUAN MOORE
```

```
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                   ---------------     ---------------
TOTALS                                        .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/26/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE